Form 8

FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

In re: Target Training Int. Ltd. v. _____

No. 14-1201

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se       [✓] As counsel for: Target Training International, Ltd.
                                      Name of party

I am, or the party I represent is (select one):

[ ] Petitioner   [ ] Respondent   [ ] Amicus curiae   [ ] Cross Appellant
[✓] Appellant    [ ] Appellee     [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant      [ ] Respondent or appellee

My address and telephone are:

- Name: Christine Lebron-Dykeman
- Law firm: McKee, Voorhes & Sease
- Address: 801 Grand Avenue, Suite 3200
- City, State and ZIP: Des Moines, Ia 50309
- Telephone: 515-288-3667
- Fax #: 515-288-1338
- E-mail address: mvslit@ipmvs.com

Statement to be completed by counsel only (select one):

[ ] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[✓] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): May 21, 2002

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes    [X] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

1/30/14
Date                                              Signature of pro se or counsel

cc: Joseph Matal; Nathan Kelley

123

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of February, 2014, I electronically filed the foregoing NOTICE OF APPEARANCE using the Court's CM/ECF filing system. Counsel of record were electronically served via e-mail per Fed. R. App. P. 25 and Fed. Cir. R. 25(a) and 25(b).

Christine Lebrón-Dykeman
McKee, Voorhees & Sease, P.L.C.
801 Grand Ave., Ste. 3200
Des Moines, IA  50309
Phone:  (515) 288-3667