# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## Case No. 2014-1201

In re: Target Training Int., Ltd.

**APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF**

COMES NOW Appellant in the above-captioned matter, pursuant to Fed. Cir. R. 26(b), and hereby moves the Court for a one week extension of time to file its Reply Brief. In support of its motion Appellant states the following:

1) Counsel for Appellant in charge of drafting the reply, Christine Lebrón Dykeman, has obligations on the other litigation matters that do not provide adequate time to prepare the brief.

2) Appellant informed Appellee via email May 5, 2014, of its intent to file the present motion.

3) Appellee does not oppose the present motion.

4) The deadline for Appellant's Reply Brief is currently May 12, 2014.

5) Appellant requests a one-week extension up to and including May 19, 2014.

6) No previous requests for an extension have been made.

For the foregoing reasons Appellant respectfully requests this Court grant the present motion to extend its time to file a Reply Brief by one week, up to and including May 19, 2014.

Dated: May 5, 2014 */s/ Christine Lebrón-Dykeman*
Edmund J. Sease
Christine Lebrón-Dykeman
McKEE, VOORHEES & SEASE, P.L.C.
801 Grand Avenue, Suite 3200
Des Moines, IA 50309-2721
Telephone: (515) 288-3667
Facsimile: (515) 288-1338
*Attorneys for Appellant*

## CERTIFICATE OF SERVICE

I certify that on this 5th day of May, 2014, I filed the foregoing Appellant's Unopposed Motion for Extension of Time To File Reply Brief with the United States Court of Appeals for the Federal Circuit. All counsel of record was electronically served via e-mail per Fed. R. App. P. 25 and Fed. Cir. R. 25(a) and 25(b).

/s/ Christine Lebrón-Dykeman